**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YEDA RESEARCH AND DEVELOPMENT CO., LTD.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ABBOTT GMBH & CO. KG,**<br><br>**Defendant.** | **Civil Action No. 10-1836 (RMC)** |

**ORDER**

For the reasons stated in the Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's motion for summary judgment [Dkt. 70] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's motions for summary judgment [Dkts. 71, 72, 73] are **DENIED**; and it is

**FURTHER ORDERED** that the decision of the Board of Patent Appeals and Interferences is **AFFIRMED**; and it is

**FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendant; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: April 15, 2015

/s/
ROSEMARY M. COLLYER
United States District Judge